

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

―――――――――――――――

No. 02-26-00058-CV

―――――――――――――――

IN RE SAM WISE, Relator

―――――――――――――――

Original Proceeding
County Court at Law No. 3 of Tarrant County, Texas
Trial Court No. 2023-002250-3

―――――――――――――――

Before Wallach, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for temporary relief are denied.

Per Curiam

Delivered: January 26, 2026